UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD LYNN WADSWORTH, 570809, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:12-CV-835-B |
| | § | |
| SHERIFF LUPE VALDEZ, | § | |
| Respondent. | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 29st day of May, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE